IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) CR 3-270-01 |
| HARVEY GLENN HICKS, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this _2d_ day of _Nov._, 2006, upon Granting the Government's Rule 35 (b) motion;

IT IS HEREBY ORDERED that the sentence imposed on July 15, 2005 in the above captioned cases shall be amended to reflect a **total term of imprisonment of 120 months.**

In all other respects, the sentence stands as originally imposed.

Donetta W. Ambrose
Chief United States District Judge

cc:   All Counsel of Record
      US Marshal
      US Probation
      Bureau of Prison